■ JAMES METZ, as Executor of ARTEL METZ, Deceased, et al., Respondents, v TOWN OF ELMA et al., Appellants. [649 NYS2d 885] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Kane, J. (Appeal from Judgment of Supreme Court, Erie County, Kane, J.—Declaratory Judgment.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ In the Matter of JOSEPH VIDAL, Petitioner, v PHILIP COOMBE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [649 NYS2d 885] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Soto v Coughlin,* 212 AD2d 925). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Fallon, Wesley, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER M. GRAHAM, Appellant. [649 NYS2d 887] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Fallon, Wesley, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GONZALES, Appellant. [649 NYS2d 886] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Grand Larceny, 4th Degree.) Present—Denman, P. J., Fallon, Wesley, Balio and Davis, JJ.